**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| James Roger Ronquest, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 16-1634 (UNA) |
| | : | |
| Federal Aviation Administration, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and his *pro se* complaint. The instant complaint is substantially similar to that filed in a recent lawsuit in the United States District Court for the Eastern District of North Carolina. *See Ronquest v. Newton*, No. 5:16ct3179 (E.D.N.C. Ga. filed July 19, 2016). "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese,* 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, the Court will dismiss the complaint as duplicative. An Order is issued separately.

DATE: 12\14\16

_____
United States District Judge